LINK: 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3824 GAF (AGRx) | Date | November 1, 2013 |
|---|---|---|---|
| Title | United States of America v. Robert Nunez | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**         (In Chambers)

### ORDER REQUESTING FURTHER BRIEFING

Plaintiff United States of America ("Plaintiff") brings this action against Defendant Robert Nunez ("Defendant") to collect the outstanding balance on Defendant's defaulted student loans. (Docket No. 1 [Complaint ("Compl.")].) Plaintiff alleges that, in consideration of the student loans guaranteed by Plaintiff, Defendant executed promissory notes in 1982, 1983, and 1984. (Id. ¶ 2, Exs. 1-3.) These promissory notes and all rights to the obligations undertaken therein were then assigned to Plaintiff. (Id. ¶ 3.) Defendant subsequently defaulted in the payment of the obligations due under the terms of the promissory notes, (id. ¶ 4), and Plaintiff filed this suit.

Before the Court now is Defendant's Motion to Stay Proceedings. (Docket No. 7 [Motion to Stay ("Mem.")].) Defendant requests that this Court stay the proceedings pending the consideration of his "Direct Consolidation Loan Application." (Id. at 3.) Defendant asserts that "it is only a matter of time before the consolidation process is complete," and that "consolidating Defendant's loans will render this action moot." (Id.) Plaintiff opposes the Motion, maintains that Defendant does not meet the criteria for loan consolidation, and states that Defendant's request for consolidation has been denied by the Department of Education. (Docket No. 12 [Opposition to Motion to Stay ("Opp.")] at 1.) On October 30, 2013, Defendant submitted a Reply confirming that his application for loan consolidation had been denied, but requesting that this Court still grant his Motion to Stay because the denial was "improper." (Docket No. 13 [Reply in Support of Motion to Stay ("Reply")] at 3.) Defendant asserts that, upon contacting the Loan Consolidation Department at the U.S. Department of Education, Defendant's counsel was informed that Defendant's application was denied because "there 'is a recorded judgment on the loans.'" (Id. at 2-3.) Defendant maintains that there are no recorded judgments against him on his student loans, and "therefore Defendant's denial for loan consolidation was improper."

LINK: 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3824 GAF (AGRx) | Date | November 1, 2013 |
|---|---|---|---|
| Title | United States of America v. Robert Nunez | | |

(Id. at 3.)

     Because a recorded judgment on the loans at issue here would affect the status of the instant action, the Court orders Plaintiff to provide any information in its possession, custody, or control regarding whether a lawsuit was previously filed to collect the outstanding balance on Defendant's loans, and if so, whether a judgment was rendered. Accordingly, Plaintiff is **ORDERED** to submit further briefing on this issue by **close of business November 18, 2013**. The hearing scheduled for November 4, 2013, is hereby **VACATED**.

     **IT IS SO ORDERED**.