GOLDSMITH & HULL, P.C./File C99-17798
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: CV13-03824 GAF (AGRx) |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ROBERT NUNEZ | |
| Defendant. | |

    IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation for Entry of Judgment upon Default.

DATED: August 5, 2014

_____
Hon. Gary A. Fees
United States District Judge

1